

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2021

No. 04-21-00012-CV

Pradyumna Chary **MUMMADY**, M.D.,
Appellant

v.

Zulema **CABRERA**, Individually and on Behalf of the Estate of David Cabrera, deceased,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVB-000897D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

    Appellant's brief was due on February 23, 2021. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed a motion for a fifteen-day extension of time to file the brief.

    Appellant's motion is GRANTED. Appellant's brief is due on March 10, 2021.

_____
Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

